IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

TIMOTHY EDISON BRADLEY,

        Appellant,

v.

        Case No.  5D22-2470
        LT Case No. 2009-CF-002880-A

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed December 30, 2022

3.850 Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Timothy Edison Bradley, Live Oak,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      This Court previously affirmed the trial court's order denying

Appellant's motion for postconviction relief in Lake County Circuit Court Case

Number 2009-CF-002880-A.   Because it appears that Appellant's

postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Lake County Circuit Court Case Number 2009-CF-002880-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

WALLIS, EDWARDS and HARRIS, JJ., concur.